**Fill in this information to identify your case:**

Debtor 1   Boris               A.               Cooke
           First Name          Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number   17-01921
(if known)

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 23 2017
JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an
amended filing

Official Form 103B

# Application to Have the Chapter 7 Filing Fee Waived

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   Tell the Court About Your Family and Your Family's Income**

1. **What is the size of your family?**
   *Your family* includes you, your spouse, and any dependents listed on *Schedule J: Your Expenses* (Official Form 106J).

   *Check all that apply:*
   ☑ You
   ☐ Your spouse
   ☑ Your dependents    1 _____    2 _____
                         How many dependents?   Total number of people

2. **Fill in your family's average monthly income.**

   Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

   Do not include your spouse's income if you are separated and your spouse is not filing with you.

   Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

   If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

   Subtract any non-cash governmental assistance that you included above.

   **Your family's average monthly net income**

   |  | That person's average monthly net income (take-home pay) |
   |---|---|
   | You.................. | $ 1,000.00 |
   | Your spouse .... + | $ 0.00 |
   | Subtotal............ | $ 0.00 |
   | − | $ 0.00 |
   | Total................. | $ 1,000.00 |

3. **Do you receive non-cash governmental assistance?**
   ☑ No
   ☐ Yes. Describe...........

   Type of assistance

4. **Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
   ☑ No
   ☐ Yes. Explain. ............

5. **Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

   I am a single family household, all of my income is used to pay our basic living expenses. Please wave my court fees.

Debtor 1    Boris          A.        Cooke
            First Name   Middle Name   Last Name                    Case number (if known)  17-01921

## Part 2:    Tell the Court About Your Monthly Expenses

6.  **Estimate your average monthly expenses.**

    Include amounts paid by any government assistance that you     $ _____ 960.00
    reported on line 2.

    If you have already filled out *Schedule J, Your Expenses,* copy
    line 22 from that form.

7.  **Do these expenses cover anyone**     ☑ No
    **who is not included in your family**   ☐ Yes. Identify who........ [                    ]
    **as reported in line 1?**

8.  **Does anyone other than you**     ☐ No
    **regularly pay any of these**       ☑ Yes. How much do you regularly receive as contributions? $ 1,000.00 monthly
    **expenses?**

    If you have already filled out
    *Schedule I: Your Income,* copy the
    total from line 11.

9.  **Do you expect your average**     ☑ No
    **monthly expenses to increase or**   ☐ Yes. Explain .............. [                    ]
    **decrease by more than 10% during**
    **the next 6 months?**

## Part 3:    Tell the Court About Your Property

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in
    your wallet, in your home, and on     Cash:          $ _____ 0.00
    hand when you file this application

11. **Bank accounts and other deposits**
    **of money?**
                                          Institution name:                      Amount:
    *Examples:* Checking, savings,
    money market, or other financial     Checking account:  _____  $ _____ 0.00
    accounts; certificates of deposit;
    shares in banks, credit unions,       Savings account:  _____  $ _____ 0.00
    brokerage houses, and other
    similar institutions. If you have    Other financial accounts:  _____ $ _____ 0.00
    more than one account with the
    same institution, list each. Do not  Other financial accounts:  _____ $ _____ 0.00
    include 401(k) and IRA accounts.

12. **Your home?** (if you own it outright or
    are purchasing it)
                                          Number   Street                       Current value:  $ _____ 0.00
    *Examples:* House, condominium,       _____
    manufactured home, or mobile home    City             State    ZIP Code     Amount you owe
                                                                                 on mortgage and $ _____ 0.00
                                                                                 liens:

13. **Other real estate?**
                                          Number   Street                       Current value:  $ _____ 0.00
                                          _____
                                          City             State    ZIP Code    Amount you owe
                                                                                 on mortgage and $ _____ 0.00
                                                                                 liens:

14. **The vehicles you own?**            Make:    _____
    *Examples:* Cars, vans, trucks,       Model:   _____
    sports utility vehicles, motorcycles, Year:    _____         Current value:  $ _____ 0.00
    tractors, boats                       Mileage  _____
                                                                          Amount you owe
                                                                          on liens:        $ _____ 0.00

                                          Make:    _____
                                          Model:   _____
                                          Year:    _____         Current value:  $ _____ 0.00
                                          Mileage  _____
                                                                          Amount you owe
                                                                          on liens:        $ _____ 0.00

Debtor 1 ___Boris___ ___A.___ ___Cooke___
    First Name      Middle Name      Last Name      Case number (if known) __17-01921__

**15. Other assets?**

Do not include household items and clothing.

Describe the other assets:

| | |
|---|---|
| Current value: | $ 0.00 |
| Amount you owe on liens: | $ 0.00 |

**16. Money or property due you?**

*Examples:* Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers' compensation, personal injury recovery

Who owes you the money or property?

How much is owed?

$ 0.00
$ 0.00

Do you believe you will likely receive payment in the next 180 days?

☐ No
☐ Yes. Explain:

---

**Part 4:  Answer These Additional Questions**

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

☐ No
☑ Yes. Whom did you pay? *Check all that apply:*
  ☐ An attorney
  ☑ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else

How much did you pay?

$ 100.00

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

☑ No
☐ Yes. Whom do you expect to pay? *Check all that apply:*
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else

How much do you expect to pay?

$ 0.00

**19. Has anyone paid someone on your behalf for services for this case?**

☑ No
☐ Yes. Who was paid on your behalf? *Check all that apply:*
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

Who paid? *Check all that apply:*
  ☐ Parent
  ☐ Brother or sister
  ☐ Friend
  ☐ Pastor or clergy
  ☐ Someone else

How much did someone else pay?

$ 0.00

**20. Have you filed for bankruptcy within the last 8 years?**

☐ No
☑ Yes. District __Northern District Of IL__ When __02/09/2016__ Case number __16-03939__
                                  MM/ DD/ YYYY

District _____ When _____ Case number _____
                        MM/ DD/ YYYY

District _____ When _____ Case number _____
                        MM/ DD/ YYYY

---

**Part 5:  Sign Below**

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

x _____  x _____
   Signature of Debtor 1                           Signature of Debtor 2

Date __01/21/2017__
    MM / DD / YYYY

Date _____
    MM / DD / YYYY